**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

On August 1, 2006, the Court issued a Pretrial Scheduling Order establishing a schedule for this matter which culminates with a trial on February 12, 2007 in Washington, D.C. In that order, the Court also directed the parties to file a joint status report on or before September 11, 2006, describing any progress the parties have made regarding settlement.

Since the Court issued its scheduling order, the parties have had productive discussions in attempting to resolve this matter, and Ms. Mansfield's case in the United States District Court for the District of Columbia, without additional formal litigation. To that end, the parties have narrowed the issues of contention and believe that utilizing an Alternate Disputes Resolution ("ADR") method to resolve the remaining disputes in this case could be beneficial. Accordingly, the parties respectfully ask the Court to assign the case to an ADR judge at this time.

Respectfully submitted,

s/Bruce A. Fredrickson
BRUCE A. FREDRICKSON
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff

September 11, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
EVELIO RUBIELLA
Assistant General Counsel
Library of Congress
Washington, D.C.

Attorneys for Defendant

September 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 11, 2006, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle