# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed September 14, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **JUDITH A. MANSFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER**

---

On September 11, 2006, the parties filed a joint status report in which they requested that this case be assigned to an Alternate Disputes Resolution (ADR) judge. Good cause having been shown, the motion is **GRANTED**.

The Clerk of the Court is directed to assign this case to an ADR judge.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**