**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S DESIGNATION OF EXPERTS**

The plaintiff designates the following experts, pursuant to the Pretrial Scheduling Order of August 1, 2006:

Richard L. Lurito, Ph.D.
1491 Chain Bridge Road, Suite 300
McLean, VA 22101
(Economist)

Stephen H. Perloff
11701 Silent Valley Lane
Gaithersburg, MD 20878
(Personnel Management Consultant)

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

s/ Bruce A. Fredrickson
Bruce A. Fredrickson

s/ Cedar P. Carlton
Cedar P. Carlton
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 659-8510
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2006, a copy of the foregoing Plaintiff's Designation of Experts was served electronically and mailed, first-class postage prepaid, on:

Douglas Mickle, Esq.
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Bruce A. Fredrickson

Bruce A. Fredrickson
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

Attorney for Plaintiff