# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed November 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDITH A. MANSFIELD,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR STAY**

---

On November 21, 2006, the parties filed a joint motion to stay this action because the parties are presently involved in discussions to resolve this matter through Alternate Dispute Resolution (ADR). Good cause having been shown, the motion is **GRANTED**. The Court hereby stays further proceedings in this action until 14 days after the conclusion of ADR. The parties shall file a Joint Status Report every 90 days reporting on the progress of the ADR. The first such status report is due on **February 26, 2007**. The trial and pretrial conference are cancelled.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**