# In the United States Court of Federal Claims

No. 05-472C
(Filed December 5, 2006)

* * * * * * * * * * * * * * * * * * * * * *
JUDITH A. MANSFIELD, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

The court received the parties' informal motion to reschedule their ADR session with the undersigned from Tuesday, December 12, 2006, to Friday, December 15, 2006. The parties also requested leave to submit their confidential position papers on December 13, 2006, rather than on December 8, 2006. For the reasons given, the parties' joint motion is **GRANTED**. The parties' **confidential position papers**, and a **notice** of the expected participants in the ADR session, shall be submitted to chambers at bush_chambers@ao.uscourts.gov, by **noon** on **Wednesday, December 13, 2006**. On **Friday, December 15, 2006**, the parties, counsel and the undersigned shall meet for ADR proceedings beginning at **10:00 AM eastern time** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. All other particulars stated in the court's ADR Order of November 20, 2006 remain unchanged.

It is so **ORDERED**.

s/Lynn J. Bush
LYNN J. BUSH
ADR Judge