# In the United States Court of Federal Claims

No. 05-472C

(Filed December 18, 2006)

* * * * * * * * * * * * * * * * * * * * * *
JUDITH A. MANSFIELD, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

Pursuant to Appendix H of the Rules, this case was referred to the undersigned for Alternative Dispute Resolution (ADR). On Friday, December 15, 2006, the parties, counsel and the undersigned held an ADR settlement conference. However, settlement was not achieved and it is apparent that there are no chances of settlement at this juncture. Accordingly, it is hereby **ORDERED** that the case shall be **REMOVED** from ADR proceedings and **RETURNED** to the trial judge for further proceedings.

/s/ Lynn J. Bush
LYNN J. BUSH
ADR Judge

cc:
Judge Mary Ellen Coster Williams