# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed April 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDITH A. MANSFIELD,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## AMENDED SCHEDULING ORDER

---

On April 5, 2007, the parties jointly proposed amending the scheduling order. The Court adopts the following deadlines proposed by the parties:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before **May 11, 2007**, and any Motion to Compel shall be filed on or before **May 16, 2007**.

2. Status Conference. The Court will conduct a telephonic status conference on **May 24, 2007, at 2:00 p.m. EST** to address any Motions to Compel or other outstanding issues. The Court will initiate the teleconference, and a court reporter will transcribe the proceedings.

3. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibits and witness lists, and to stipulate to all matters as to which the parties agree, on or before **May 18, 2007**. The parties shall ensure that exhibits are not duplicative.

4. Expert Discovery. Any expert discovery, including the exchange of expert reports and expert depositions, shall be completed on or before **May 11, 2007**. Plaintiff's expert report(s) shall be submitted on or before **March 1, 2007**, and Defendant's responsive expert report(s) shall be submitted on or before **March 20, 2007**.

5. Pretrial Briefs. Pretrial briefs shall take the form of memoranda of contentions of fact and law as described in RCFC Appendix A ¶ 14. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file her Memorandum of Contentions of Fact and Law (Memorandum) on or before **May 16, 2007**. Defendant shall files its responsive Memorandum on or before **June 4, 2007**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions, including any Motion in Limine, contemplated by Appendix A ¶¶ 14, 15, and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for failure.

6. Pretrial Conference. The pretrial conference will be conducted at **2:00 p.m. EST, June 21, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designated will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **June 15, 2007**, so that such objection may be discussed at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached, a copy of which will be, at the request of a party, provided to the party in electronic form by the Court.

7. Trial. Trial will be conducted on Tuesday through Thursday, **July 17-19, 2007** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Trial will begin at 9:30 a.m. EST on each day, and conclude at 5:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

**IT IS SO ORDERED.**

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

**JUDITH A. MANSFIELD (05-472C)**

**LIST OF DEFENDANT'S**

**TRIAL EXHIBITS**

| D EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JUDITH A. MANSFIELD (05-472C)**

**LIST OF PLAINTIFF'S TRIAL EXHIBITS**

| P EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JUDITH A. MANSFIELD (05-472C)**

**LIST OF JOINT**
**TRIAL EXHIBITS**

| J EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JUDITH A. MANSFIELD (05-472C)**

| Time | Sun. | Monday 07/16 | Tuesday 07/17 | Wednesday 07/18 | Thursday 07/19 | Friday 07/20 | Sat. |
|---|---|---|---|---|---|---|---|
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |