# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed May 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **JUDITH A. MANSFIELD,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On May 16, 2007, Plaintiff requested an enlargement of time until **May 18, 2007**, to file her pre-trial brief and motions currently due this date. Good cause having been shown, the motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**