**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF JUDITH A. MANSFIELD'S EXHIBIT LIST**

Judith A. Mansfield, by and through counsel, hereby submits the following witness list pursuant to Rule 16, Appendix A, of the Rules of the United States Court of Federal Claims:

**Acting Director for Cataloging**

1. Email: Mansfield Promotion to Acting Director, (9/4/02)
2. Email: Mansfield continuing as Acting Director (1/7/03)
3. Email: Mansfield continuing as Acting Director (1/11/03)
4. Memorandum: Mansfield continuing as Acting Director (8/23/03)
5. Director's Meeting Agenda (3/16/04)
6. Director's Meeting Agenda (5/11/04)
7. Director's Meeting Agenda (5/25/04)
8. Director's Meeting Agenda (6/15/04)
9. Email: No director's meeting (6/29/04)
10. Email: Mansfield to Chiefs (6/29/04)
11. Email: Director's meeting agenda (7/1/04)
12. Email: Mansfield to Cataloging Management Team Agenda (7/7/04)

13. Meeting Notes: Mansfield Chair of Cataloging Management Team (7/7/04)

14. Email: Mansfield to "Actings" (7/7/04)

15. Email: Heynen's acting director notes (7/23/04)

**Assistant Director for Bibliographic Access**

16. Email: Marcum offer of "Assistant Director for Cataloging" (4/30/04)

17. Email: Mansfield accepts "Assistant Director for Cataloging" position (5/4/04)

18. Email: Marcum response to Mansfield's acceptance of position (5/4/04)

19. Email: Wiggins response to Mansfield's acceptance of position (5/5/04)

20. Email: Wiggins Directors Meeting Update (7/15/04)

21. Email: Wiggins Update re reorganization (8/4/04)

22. Friday's News: Assistant Director Appointments (8/6/04)

23. Email: official appointments (8/6/04)

24. Email: directors meetings for assistant directors (8/6/04)

25. Email: Wiggins re assistant director position description (11/1/04)

26. Annual Report 2004: appointment of assistant directors

27. New Position Description for Mansfield (1/12/05)

28. Letter: EPA/Title VII Complaint (March 15, 2005)

29. Wiggins Email (4/4/05): announcement of abolishment

30. Memorandum: Abolishing Assistant Director Positions (4/13/05)

**Chief of Arts and Sciences Cataloging Division**

31. Vacancy Announcement, Chief of Arts and Science Cataloging Division

32. Krigbaum Evaluation (4/23/03)

33. Wiggins Request for Reclassification (4/25/03)

34. Memorandum: Delay Action on Reclassification (7/2/03)

35. Wiggins Disappointment about delay of division chief reclassification (7/5/03)

36. Memorandum denying upgrade (4/8/04)

**Declarations**

37. Declaration of Dennis Hanratty

38. Declaration of Deanna Marcum

39. Declaration of Beacher Wiggins

**Experts**

40. Lurito Report

41. Lurito Curriculum Vitae

42. Perloff Report

**Financial Information**

43. Financial Statements, Fiscal 2004

44. H. R. 2647, Appropriations

45. Additional budget documents based on Defendant's production of 5/21/07

**Notes**

46. Mansfield Notes (10/26/04)

47. Mansfield Notes (10/28/04)

48. Mansfield Notes (11/16/04)

49. Mansfield Notes (1/13/05)

50. Mansfield Notes (1/25/05)

51. Mansfield Notes (3/31/05)

52. Mansfield Notes (4/1/05)

53. Mansfield Notes (4/6/05)

54. Mansfield Notes (4/14/05)

55. Mansfield Notes (4/15/05)

56. Mansfield Notes (4/19/05)

**Organizational Charts**

57. Organizational Chart: 9/30/02

58. Organizational Chart: 9/30/04

**Performance Appraisals**

59. Mansfield Performance Appraisals, 1998 through the present

60. Herman Performance Appraisal, 2004

**Personnel Actions**

61. Dimunation Application, Curator of Rare Books and Curator Exhibitions

62. Herman, Personnel Action Recommendation (3/5/99)

63. Wiggins, Personnel Action Recommendation (6/6/97)

**Pleadings**

64. Title VII Complaint

65. Title VII Answer

66. Defendant's Admissions

**Position Descriptions**

67. Position Description, Director for Cataloging

68. Position Description, Assistant Director for Bibliographic Access

69. Position Description, Chief of Arts and Sciences Cataloging Division

70. Position Description, Chief Regional and Cooperative Cataloging Division

71. Position Description, Chief Collections Management Division

72. Position Description, Chief, Rare Book & Special Collections

**Regulations/Policies**

73. LCR 2017-2.1

74. LCR 2010-15

75. OPM Tables: Pay Rates

76. OPM Tables: Salary Caps

**Salary**

77. Byrum SF-50's

78. Dimunation SF-50's

79. Herman SF-50's

80. Mansfield SF-50's

81. Wiggins SF-50's

**Summaries**

82. Timeline

83. Back Pay Charts

84. Rise to Salary Cap by Male Comparators

85. Byrum Pay Adjustments

86. Dimunation Pay Adjustments

87. Herman Pay Adjustments

88. Mansfield Pay Adjustments

89. Wiggins Pay Adjustments

**W-2's**

90. Byrum W-2's

91. Dimunation W-2's

92. Herman W-2's

93. Mansfield W-2's

94. Wiggins W-2's

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

***/s/ Bruce A. Fredrickson***

Bruce A. Fredrickson
Cedar P. Carlton
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510 (phone)
(202) 659-4082 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2007, a true and accurate copy of the foregoing Plaintiff's Exhibit List, was electronically filed and served by hand delivery, to:

Douglas Mickle
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

***/s/ Bruce A. Fredrickson***

Bruce A. Fredrickson
Webster, Fredrickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510 (phone)
(202) 659-4082 (fax)

Attorney for Plaintiff