**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-472C** |
| **v.** | ) | **(Judge Mary Ellen Coster Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS MEMORANDA OF CONTENTIONS OF FACT AND LAW**

Pursuant to Rule 6(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of five days, to and including June 11, 2007, to file its memorandum of contentions of fact and law. This is defendant's second request for an enlargement of time for this purpose. On May 29, 2007, the Court granted the Government's oral request for a two-day enlargement until June 6, 2007.[1] Government counsel has discussed this motion with plaintiff's counsel, Mr. Bruce Fredrickson, and he has informed the United States that Ms. Mansfield does not oppose this motion for enlargement.

This brief enlargement of time is necessary because the Government has not received final substantive comments from the Library of Congress regarding the initial draft of the Government's pre-trial brief. The agency's substantive comments, which we expect to receive by close-of-business today, will then need to be incorporated into a draft brief that then must undergo the review process within the Department of Justice.

For the foregoing reasons, defendant respectfully requests that the Court grant this

---

[1] Government counsel requested the first brief enlargement because he was out of the office from May 31, 2007 until June 4, 2007.

unopposed request for an enlargement of time of 5 days until June 11, 2007 in which defendant can file its memorandum of contentions of fact and law.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes by Steven Gillingham
TODD M. HUGHES
Deputy Director

OF COUNSEL:

JESSIE JAMES
Associate General Counsel
Library of Congress
Washington, D.C.

JULIA DOUDS
Assistant General Counsel
Library of Congress
Washington, D.C.

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

June 6, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 6, 2007, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS MEMORANDA OF CONTENTIONS OF FACT AND LAW**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle