# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed: June 7, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDITH A. MANSFIELD,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On June 7, 2007, Defendant filed an unopposed motion for an enlargement of time of five days, to and including **June 11, 2007**, within which to file its memorandum of contentions of fact and law. Good cause having been shown, the motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**