JUDITH A. MANSFIELD (05-472C)
List of Defendant's
Trial Exhibits

| DX Exh. No. | Date | Description of Exhibits | Action | Notes |
|---|---|---|---|---|
| 1 | 12/13/05 | Affidavit of Judith A. Mansfield | | |
| 2 | 05/24/98 | SF-50 of Mansfield Promotion from GS-13 to GS-15 | | |
| 3 | 07/17/92 | Mansfield Position Description, Chief, Arts and Sciences Cataloging Division | | |
| 4 | Undated | Evaluation Report of Mansfield Position Description | | |
| 5 | 2002-2005 | SF-50's for Mansfield during detail to Acting Director of Cataloging (multiple SF50's) | | |
| 6 | 1995-1997 | SF-50's for Wiggins during detail to Acting Director of Cataloging (multiple SF50's) | | |
| 7 | 10/15/02 | Memorandum from Teresa Smith to James Billington, regarding Temporary Promotion of Judith Mansfield | | |
| 8 | 01/15/04 | Memorandum from Teresa Smith to James Billington, regarding Temporary Promotion of Judith Mansfield | | |
| 9 | 10/29/02 | Memorandum from Judy Mansfield to Towanda McLeod, regarding Context for Classification Actions Submitted by the Cataloging Directorate. | | |

| DX Exh. No. | Date | Description of Exhibits | Action | Notes |
|---|---|---|---|---|
| 10 | 04/28/98 | Library of Congress Regulation, LCR 2017-2.1 Senior Level Executive System | | |
| 11 | 07/02/03 | Memorandum from Teresa Smith to Beacher Wiggins, regarding Reclassification of Cataloger Division Chief Positions | | |
| 12 | 07/05/03 | E-mail from Beacher Wiggins to Teresa Smith, regarding Reclassification of Cataloging Division Chief Positions | | |
| 13 | 09/04/03 | “Senior Level Position Management,” Presented by Human Resources Services | | |
| 14 | 04/08/04 | Memorandum from Teresa Smith to Beacher Wiggins, regarding, Cataloging Directorate - Division Chief and Assistant Chief Positions | | |
| 15 | | Dimunation Position Description, Chief Rare Books and Special Collections Division | | |
| 16 | | Herman Position Description, Chief Collections Management Division | | |
| 17 | 03/06/94 | SF-50 for Barbara B. Tillett Appointment | | |
| 18 | 05/05/91 | SF-50 for John D. Byrum Reclassification to New Senior Level Pay System | | |
| 19 | 05/17/92 | SF-50 promotion for Susan H. Vita | | |

| DX Exh. No. | Date | Description of Exhibits | Action | Notes |
|---|---|---|---|---|
| 20 | 2002-2005 | Pay and Award Calculation for Mansfield if Temporarily Promoted to Senior Level from September 2002-April 2005 | | |
| 21 | 09/22/02 | Pay and Award Calculation for Mansfield if Permanently Promoted to SL-1 | | |
| 22 | 09/22/02 | Pay and Award Calculation for Mansfield if Permanently Promoted to SL-2 | | |
| 23 | 01/13/02 | Library of Congress, Senior Level Pay as of Jan. 2002 | | |
| 24 | 01/12/03 | Library of Congress, Senior Level Pay as of Jan. 2003 | | |
| 25 | 01/11/04 | Library of Congress, Senior Level Pay as of Jan. 2004 | | |
| 26 | 01/09/05 | Library of Congress, Senior Level Pay as of Jan. 2005 | | |
| 27 | 02/25/04 | Memorandum from Donald Scott to the Executive Committee, “Formula for 2003 Senior Level Performance-Based Pay Adjustments” | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |

| DX Exh. No. | Date | Description of Exhibits | Action | Notes |
|---|---|---|---|---|
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |