**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Rule 15(a) of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), as modified by this Court's Order of April 5, 2007, the United States respectfully submits the following witness list with regard to the trial of plaintiff, Judith A. Mansfield. This list does not contain witnesses which the parties may choose to use for impeachment. See RCFC Appendix A ¶ 15(a).

**I. Defendant may call the following witnesses at trial**:[1]

1. **Deanna Marcum**
   Associate Librarian for Library Services
   Library of Congress
   101 Independence Avenue, S.E.
   Washington, D.C. 20540
   202-707-6240

Ms. Marcum is the Associate Librarian for Library Services at the Library of Congress ("LOC" or "Library"). As Associate Librarian, Ms. Marcum oversees the operations of Library Services, the largest service unit at the Library of Congress. As Associate Librarian, Ms. Marcum manages 53 divisions and offices comprised of nearly 2,000 employees. Library

[1] The parties have many common witnesses, and have agreed to take overlapping witnesses. The hours listed for each witness's testimony reflects the time the parties believe will be needed for both direct and cross-examination of the witness.

Services employees are responsible for acquisitions, cataloging, public service, preservation activities, services to the blind and physically challenged, and network and bibliographic standards. Ms. Marcum also is responsible for budget oversight for all divisions within Library Services and with integrating the emerging digital resources into the traditional artifactual library, with the goal of building a national digital library for the 21st century. If called, Ms. Marcum possesses knowledge of, and can testify about the facts related to: Ms. Mansfield's second temporary promotion in 2004; Ms. Mansfield's assignment of duties as Acting Director for Cataloging in 2004; the 2003 reclassification recommendation involving Ms. Mansfield's position; and the assignment of Ms. Mansfield to collateral duties as Assistant Director for Bibliographic Access in 2004; the reclassification recommendation regarding the three GS-15 Cataloging Chiefs positions (including the position of Chief of the Arts and Sciences Cataloging Division) in Library Services; the decision to abolish the above collateral duties; and budget constraints facing Library Services. Estimated time for examination is 5 hours.

2. **Beacher Wiggins**

Director for Acquisitions and Bibliographic Access
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20540
202-707-6118

Ms. Wiggins is currently the Director for Acquisitions and Bibliographic Access in the Library Services service unit of the Library of Congress. Mr. Wiggins is a Senior Level ("SL") employee of the Library, and has been working at the Library of Congress since January of 1972. Mr. Wiggins was promoted to the SL pay grade in June of 1997, when Mr. Wiggins was selected and appointed to the permanent position of Director for Cataloging in Library Services. If

called, Mr. Wiggins possesses knowledge of, and can testify about the facts related to: Ms. Mansfield's two temporary promotions to Senior Level in 2002 and 2004; Ms. Mansfield's assignment of duties as Acting Director for Cataloging between 2002 and 2004; the 2003 reclassification recommendation involving Ms. Mansfield's position; the assignment of Ms. Mansfield to collateral duties as Assistant Director for Bibliographic Access in 2004; the decision to temporarily promote Ms. Mansfield to Senior Level for two 120-day periods between 2002 and 2004; the process of returning Ms. Mansfield to her permanent GS-15 pay grade after the end of her two 120-day promotion periods; and the reclassification recommendation regarding the three GS-15 Cataloging Chiefs positions (including the position of Chief of the Arts and Sciences Cataloging Division) in Library Services. Estimated time for examination is 5 hours.

3. **Dennis Hanratty**

Director for Human Resources Services
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20540
202-707-0029

Mr. Hanratty is currently the Director for Human Resources Services. In partnership with the Service and Infrastructure units of the Library, the Director designs and implements policies, procedures, and systems to build and manage the workforce in support of the Library's mission and priorities. If called, Mr. Hanratty possesses knowledge of, and can testify about the facts related to: Ms. Mansfield's two temporary promotions to Senior Level in 2002 and 2004; the pay awarded to Ms. Mansfield as a result of her two temporary promotions to Senior Level; the process of returning Ms. Mansfield to her permanent GS-15 pay grade after the

end of her two 120-day promotion periods; what Ms. Mansfield would be paid if she remained a temporary Senior Level from September 2002 to April 2005, and the budgetary constraints facing the Library. Estimated time for examination is 3 hours.

4. **Teresa Smith**

[Former] Director for Human Resources Services
17809 Villa Club Way
Boca Raton, FL 33496
202-707-7198

Ms. Smith is the former Director for Human Resources Services. If called, Ms. Smith possesses knowledge of, and can testify about the facts related to: the decision to temporarily promote Ms. Mansfield to Senior Level for two 120-day periods between 2002 and 2004; the reclassification recommendation regarding the three GS-15 Cataloging Chiefs positions (including the position of Chief of the Arts and Sciences Cataloging Division) in Library Services; the Library's decision not to upgrade the position of Director of Arts and Sciences, and the Senior Level Management system at the Library. Estimated time for examination is 3 hours.

5. **Robert Dizard**

Deputy Associate Librarian for Library Services
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20540
202-707-8317

Mr. Dizard is the Deputy Associate Librarian for Library Services. As the Deputy Associate Librarian for Library Services, Mr. Dizard is responsible for the oversight and administration of Library Services and is responsible for the effective long-term operation of the Service Unit, contributing to the formulation and administration of Library-wide and Service-unit wide policies and strategies. Mr. Dizard exercises discretionary authority to approve the

allocation and distribution of funds in the organizations budget. If called, Mr. Dizard possesses knowledge of, and can testify about the facts related to Ms. Marcum's decision to abolish the above collateral duties; and the budget constraints facing the Library.

Estimated time for examination is 2 hours.

6. **Mark Dimunation**

Chief of Rare Books and Special Collections Division
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20540
202-707-2025

Mr. Dimunation is Chief of Rare Books and Special Collections Division. As Chief of Rare Books and Special Collections Division, Mr. Dimunation is responsible for the development, protection, and interpretation of the rare and special collections in the Division. Mr. Dimunation also is responsible for all administrative and programmatic activities of the Division. If called, Mr. Dimunation possesses knowledge of, and can testify about his appointment to his position of Chief of Rare Books and Special Collection Division, the duties of his position, the assignment of collateral duties in August 2004 (Assistant Director, Special Collections and Services) and the nature of those duties. Estimated time for examination is 2 hours.

7. **Steve Herman**

Chief of the Collections Access, Loan and Management Division
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20540
202-707-1410

Mr. Herman is the Chief of the Collections Access, Loan and Management Division. As Chief of the Collections Access, Loan and Management Division, Mr. Herman is responsible for the retrieval, care, maintenance and inventory management of the classified book collections and other collections as assigned. The Chief serves as the Library's expert responsible for coordinating the planning, development and implementation of programs to track collections; serves as the Library's expert responsible for space planning for collections Library-wide both on and off Capitol Hill; and as the Library's security officer for the classified book collections. If called, Mr. Herman possesses knowledge of, and can testify about appointment to his position of Chief of the Collections Access, Loan and Management, the duties of his position, the assignment of collateral duties in August 2004 (Assistant Director, Collections Management) and the nature of those duties. Estimated time for examination is 2 hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes by Steven Gillingham
TODD M. HUGHES
Deputy Director

OF COUNSEL:

JESSIE JAMES, JR.
Associate General Counsel

JULIA DOUDS
Assistant General Counsel
Library of Congress
Washington, D.C.

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

June 11, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 11, 2007, a copy of the foregoing "**DEFENDANT'S WITNESS LIST**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle