**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JUDITH A. MANSFIELD**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Civil Action No. 05-472C**<br>**Judge Mary Ellen Coster Williams** |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEFENDANT'S EXHIBITS**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff Mansfield, by and through Counsel, respectfully requests an enlargement of time of five days, to and including June 20, 2007, to file any objections to Defendant's exhibits. Counsel for Plaintiff and Counsel for Defendant have conferred over this motion and the United States does not oppose this motion for enlargement.

This brief enlargement of time is necessary because Plaintiff and Defendant are working together to resolve any of Plaintiff's potential objections to Defendant's exhibits. Specifically, this enlargement of time should permit (1) Defendant to provide certain information to Ms. Mansfield regarding Defendant's exhibits; and (2) Plaintiff to determine whether she will indeed object to the exhibits in question based on the information provided by Defendant.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed request for an enlargement of time of 5 days until June 20, 2007 for Ms. Mansfield to file any objections to Defendant's exhibits.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

***/s/ Bruce A. Fredrickson***

Bruce A. Fredrickson
Cedar P. Carlton
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510 (phone)
(202) 659-4082 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2007, a true and accurate copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time to File Objections to Defendant's Exhibits was electronically filed and served to:

Douglas Mickle
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

***/s/ Bruce A. Fredrickson***

Bruce A. Fredrickson
Webster, Fredrickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510 (phone)
(202) 659-4082 (fax)

Attorney for Plaintiff