# In the United States Court of Federal Claims

**No. 05-472C**
**(Filed: June 18, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **JUDITH A. MANSFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEFENDANT'S EXHIBITS**

On June 15, 2007, Plaintiff filed an unopposed motion for an enlargement of time of five days, to and including **June 20, 2007**, within which to file any objections to Defendant's exhibits. Good cause having been shown, the motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**