**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

On July 12, 2007, the parties culminated amicable settlement discussions by signing a settlement agreement in this case that will lead to a joint dismissal of this matter. Pursuant to the signed settlement agreement, there are some conditions that must be met before a formal stipulation of dismissal can by filed with the Court. The parties expect that they will be able to file a stipulation of dismissal pursuant to Rule 41 of the Rules of the United States Court of Federal Claims within 120 days.

Respectfully submitted,

s/Bruce A. Fredrickson
BRUCE A. FREDRICKSON
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff

July 12, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

JESSIE JAMES, JR.
Associate General Counsel

JULIA DOUDS
Assistant General Counsel
Library of Congress
Washington, D.C.

Attorneys for Defendant

July 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 12, 2007, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle