**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, Judith A. Mansfield, upon behalf of both parties, and with the consent of defendant's counsel, respectfully requests the continuance of the stay in these proceedings to conclude settlement of this matter. The parties want to confirm that documents on file at the National Finance Center in New Orleans, Louisiana, correctly reflect the terms of the parties' agreement. The parties have been diligently seeking to obtain that information and expect that they will be in a position to dismiss this case by March 31, 2008. The parties will advise the Court on or before that date if that confirmation has not been obtained.

Respectfully submitted,

s/Bruce A. Fredrickson
BRUCE A. FREDRICKSON
1775 K Street, N.W. # 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff

February 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 29, 2008, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bruce A. Fredrickson
1775 K Street, N.W. Suite 600
Washington, D.C. 20006

Attorney for Plaintiff