**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice.

s/ Bruce A. Fredrickson
BRUCE A. FREDRICKSON
1775 K Street, N.W.

Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff

May 13, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

JULIA DOUDS
Assistant General Counsel
Library of Congress
Washington, D.C.

Attorneys for Defendant

May 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 15, 2008, a copy of the foregoing **"JOINT STIPULATION OF DISMISSAL"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle